No. 325. POTTER ET AL. v. MAYBURY, DIRECTOR OF LICENSES, ET AL. Argued January 13, 1932. Decided January 18, 1932. Per Curiam: The appeal herein is dismissed for

the reason that the decree of the state court here sought to be reviewed was based upon a non-federal ground adequate to support it. *McCoy* v. *Shaw,* 277 U. S. 302, 303; *People ex rel. Doyle* v. *Atwell,* 261 U. S. 590, 591, 592; *Howat* v. *Kansas,* 258 U. S. 181, 186, 190. *Mr. George H. Rummens,* with whom *Mr. Alfred J. Schweppe* was on the brief, for appellants. *Messrs. John H. Dunbar,* Attorney General of Washington, and *Lester T. Parker,* Assistant Attorney General, were on the brief for appellees.